UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## RECORD TRANSMITTAL FORM

**Date:**

**To:**   United States Court of Appeals
For the Ninth Circuit/Records Unit
95 Seventh Street
San Francisco, CA 94103

( ) Check here if record is being
     sent directly to a Judge

**From:**

**DC No:** _____C07-2557 MMC_____   **Appeal No:** _07-16170_____

**Short Title:** _____Williams v. Waggener_____

**Composition of Record**

Clerk's Files in __1__ volumes          (x) original          ( ) certified copy

Bulky docs. ___ volumes (folders)      docket#_____

Reporter's
Transcripts   in _____volumes        ( ) original          ( ) certified copy

Exhibits:   in _____envelopes        ( ) under seal
            in _____boxes            ( ) under seal

**Other:**_____
_____
_____

(please note any documents filed under seal)

**Acknowledgment:**_____         **Date:**_____

*[Received/Filed stamp; signed T. Rosenthal]*



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES