**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 6, 2008

CASE NUMBER:  **CV 07-02557 MMC**
CASE TITLE:   **MICHAEL B WILLIAMS-v- ROBERT WAGGENER**
DATE MANDATE FILED:  05/06/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

CRIMINAL   -   Counsel of Record
                U.S. Marshal (Copy of Mandate)
                U.S. Probation Office

NDC App-16